General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

| For Clerk Use Only | |
|---|---|
| Date Filed: 5/17/2021 (MM-DD-YYYY) | Case Number: 2021CV349543 |

**Plaintiff(s):**
Moses (struck through) / Willie James
Last / First / Middle I. / Suffix / Prefix

**Defendant(s):**
Whole Foods
Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☒

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

Case Number: 21CK0010916    Case Number: _____

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

**EXHIBIT "A"**

Fulton County Superior Court
\*\*\*EFILED\*\*\*CS
Date: 5/17/2021 12:34 PM
Cathelene Robinson, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
## SUMMONS

Case No.: 2021CV349543

Plaintiff: Willie James Moses

vs.

Defendant: Whole Foods

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb and serve upon plaintiff's attorney, whose name and address is:

Willie James Moses
976 Springdale Pl.
Atlanta GA 30345

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

This 5/17/2021 _____ day of _____, 20 _____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20___

_____
Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***JT
Date: 5/17/2021 12:34 PM
Cathelene Robinson, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY

STATE OF GEORGIA

Willie James Moses
Plaintiff

CIVIL ACTION 2021CV349543
NO.

v.

Whole foods
Defendant

COMPLAINT FOR _Tort, Personal Injury_

Now comes _Willie Moses_, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Whole foods_, who is a resident of _650 Ponce de Leon Ave. NE_ At Street, City of _Atlanta_, _Fulton_ County, Georgia, GA-30308, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

_After 25+ years of patronizing this whole food I was Assaulted, I was Spittle and Arrested, on 11-6-2019. Case # 21CR001091E._

3. List statement of damages, with items of special damages stated specifically.

① Assaulted, Spittle, Arrested,

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ 10,000,000 together with interest and the costs of this action.

Plaintiff Willie James Moses
Address 976 Springdale Pl. Atl., G 30315
Telephone number
470-877-3431

IN THE **Superior** COURT OF **Fulton** COUNTY
STATE OF GEORGIA

**Willie James Moses**
Petitioner
vs **Whole Foods**
Respondent

Civil Action File No: **2021CV349543**

## VERIFICATION

I, (your name) **Willie James Moses**, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one :)
☒ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(name of petition, motion, complaint) **Complaint**
are true and correct.
This the **17th** day of **May**, 20**21**.
     [day]              [month]              [year]

_Willie James Moses_
(Sign your name here in front of the Notary)

Name (print or type here):
**Willie James Moses**
Address:
**976 Springdale Pl**
**Atlanta, GA 30315**

Telephone number:
**(470) 877-3431**

Sworn to and subscribed before me, this
**17th** day of **MAY**, 20 **21**.

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: **1/21/2023**
(Notary Seal)

[Notary Seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2023, DEKALB COUNTY, GA]

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 2021CV349543

Date Filed 5/17/21

Attorney's Address
Willie Moses
976 Springdale Pl.
Atl. GA 30315

Name and Address of Party to be Served
Whole foods
050 Ponce de leon Ave NE
Atl. GA. 30308

SUPERIOR COURT
GEORGIA, FULTON COUNTY

Willie James Moses
Plaintiff

VS.

Whole foods.
Defendant

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☑
I have this day served the defendant __Michael Hohl__ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.

Delivered same into hands of _____ described as follows age, about ___ years; weight, about ___ pounds; height about ___ feet and ___ inches, domiciled at the residence of the defendant.

**CORPORATION** ☑
Served the defendant __Whole Foods__ a corporation by leaving a copy of the with in action and summons with __Michael Hohl__ in charge of the office and place of doing business of said Corporation in this County.
C/S

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __27__ day of __May__ 20__21__.

K. Sims 3142
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT